**Order entered July 13, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-00649-CR

**MICHAEL RAY BREWSTER JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82016-2022**

### ORDER

Before the Court is John Nation's July 12, 2022 motion to substitute as counsel. In the motion, Mr. Nation states that although appellant is indigent and was appointed counsel, appellant's family has retained Mr. Nation to represent appellant in this appeal.

We **GRANT** the motion. We **DIRECT** the Clerk to **REMOVE** John Setterberg and **LIST** John Nation as counsel for appellant. All future correspondence shall be sent to Mr. Nation at the address on file with the Court.

The appellate record is due by August 8, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; to Lynne Finley, Collin County District Clerk; to Antoinette Varela, court reporter, 366th Judicial District Court; to John Setterberg; and to counsel for the parties.

.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE